IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.  8:14-CR-360 (MAD) |
| | ) |
| v. | ) **Information** |
| | ) |
| **ARCHIE RAFTER,** | ) Violation: 21 U.S.C. § 846 |
| | ) [Conspiracy]; 21 U.S.C. § |
| | ) 841(b)(1)(A) |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:  Franklin |

**THE UNITED STATES ATTORNEY CHARGES:**

COUNT 1
[Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance]

From in or about 2004 to on or about October 23, 2013, in Franklin County in the Northern District of New York, and elsewhere, the defendant, **ARCHIE RAFTER**, and others known and unknown conspired to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).  As to defendant **ARCHIE RAFTER**, that violation involved 1,000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

Dated: January 9, 2015

RICHARD S. HARTUNIAN
United States Attorney

By: /s/ Katherine Kopita / by JCC
Katherine Kopita
Assistant United States Attorney
Bar Roll No. 517944