

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*Gateway Building*  *Tel.: (518) 314-7800*
*14 Durkee Street, Suite 340*  *Fax: (518) 314-7811*
*Plattsburgh, New York 12901-2998*

July 20, 2015

Honorable Mae A. D'Agostino
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re:    USA v. Archie Rafter
           Case No.: 8:14-CR-00360

Dear Judge D'Agostino:

    Please let this letter serve as a request that the sentencing of the above-referenced defendant currently scheduled for Wednesday, August 5, 2015, be adjourned for sixty (60) days. Defense counsel, Benjamin S. Barry, consents to this request.

    Thank you for your consideration in this matter.

    Very truly yours,

    RICHARD S. HARTUNIAN
    United States Attorney

By:    */s/ Katherine Kopita*
        Katherine Kopita
        Assistant United States Attorney
        Bar Roll No. 517944

KEK:mad

cc:    Benjamin S. Barry, Esq.