AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 14 Cr. 360 (MAD) |
| Archie Rafter | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Archie Rafter

Date: 08/13/2015

*Daniel D*
Attorney's signature

Daniel DeMaria (Bar No. 518452)
Printed name and bar number

Merchant Law Group LLP
26 Broadway, 21st Fl.
New York, New York 10004
Address

ddemaria@nyslitigators.com
E-mail address

(212) 658-1455
Telephone number

(877) 607-5419
FAX number