

26 BROADWAY, 21 FL., NEW YORK, NEW YORK 10004   TELEPHONE 212-658-1455   FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

**VIA CM/ECF**

August 13th, 2015

The Honorable Mae A. D'Agostino
United States District Judge
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

      Re:  United States v. Archie Rafter
              Docket No. 14 Cr. 360 (MAD)

Dear Judge D'Agostino:

Please be advised that I have been retained by Archie Rafter to represent him in the above-captioned case. I respectfully request that the Court permit me to substitute as counsel. I have discussed this substitution of counsel with AUSA Katherine Kopita who advised me that the Government has no objections.

I will be filing an electronic notice of appearance separately.

    Respectfully,

    Merchant Law Group LLP

    By: _____
          Daniel DeMaria, Esq.

cc:  **BY ECF**

    Katherine E. Kopita

    Benjamin S. Barry