February 1, 2016<br>
Tracy Rafter<br>
█████████<br>
Elgin, Qc<br>
J0S 2E0<br>
█████████

Hon. Mae D`Agostino
US District Court.
James T.Foley Courthouse
445 Broadway
Albany NY 12207

Dear Madam,

    I am Tracy Rafter, Archies 2nd born daughter writing to you on behalf of my father. Though I'm sure my younger sister Kelsey is going to write to you and say that she was 'daddys little girl' I beg to differ. One of my fondest memories of spending time with my dad was when he taught me to change the oil on a car. I think I was 8 years old under the hood of that car with him. I loved every minute of it. I was his Junior, the boy he always wanted. I'm honoured to be the slightest resemblance of him in a female body that I can be. I think I was maybe 5 when I fought with my older sister, Renay, about dad being <u>My</u> boyfriend. He called home from doing a long haul and Renay took the call and said " Dad, Tracy thinks you're her boyfriend. " and I remember him saying " I am. " He was my world. Then I grew up. Hormonal and independent.

    I fought a lot with my parents in my teen years, mostly because of sibling rivalry. I felt betrayed, I hated my younger sister. Why did she receive so much of dads' attention when I was supposedly his "boy". I didn't understand, but then I matured. I met my boyfriend Jonathan at 16. He reminds me of my father. It scares the hell out of me to be honest. He's funny, hardworking, honest, generous, caring... Good looking. Yes once upon a time my father was good looking. Dad was placed under custody October 25, 2013 and I moved back home Nov 1. Jonathan came each morning and night to fill the outdoor furnace with wood. It became too costly driving from our apartment to my parents, so December 1, he moved in. Our property needs a man to take care of it, from mowing the lawn, cutting wood for the winter, filling the furnace 3 times a day in the winter, blowing out the driveway so we can get to and from work in the winter, it takes man-power. Jonathan is the man of my dreams, to take time out of his own life to help my parents in their time of need blows my mind. There never will be another man who will love and respect my parents the way he does each and everyday that he's here to help; pure love and devotion. I knew I could count on him, he loves my father. Though his own father is very present and involved in his life, he has told me that my father is just as much of a dad to him as his own.

    I think out of the 3 girls in the family I take after my father the most, and I think he would agree to that. I would do anything for him and my mom. My dad is the type of person that would stop anything he was doing to help someone in need, and so am I. He is a generous

man with a big heart. It took many teen years and many teen tears to realize that my dad is actually a giant teddy bear! I've seen my dad cry more than I've seen my mother cry, well, up until Oct. 25 of course. My dad never judged me, he guided me. Taught me to love how he loves my mom. Taught me to respect myself and my body. He taught me the value of a dollar. I started working at the age of 13 for my mother in her corner store. Now 25 years old, I am proud.  I'm a nurse, I bought my dream car at 23, I have been with Jonathan for over 8 years. I think about marrying him every day but I need my dad. And I will wait, whether it be a year from now or a life time. I won't walk that aisle without him. I need my dad. I know he is no angel, but if you could catch a glimpse of the man that we know and love, you would be astounded of how he came to be standing in front of you today. We all make mistakes. I can vouch for my father that the mistake he has done to put him in this mess is one that he will never consider making again. He would never have done this knowing the pain and suffering he has put himself and his family through. I could give you my word, and bet my life that I know my father like the back of my hand and that he is remorseful and full of regret. I am so proud to be his daughter. I am so proud of the man he is no matter what. He is my hero, my friend, he's my dad.

Thank you for your time!

*Tracy Rafter*

January 17, 2016

Hon. Mae D'Agostino
US District Court
James T. Foley Courthouse
445 Broadway
Albany NY 12207

Elgin QC J0S 2E0

Dear Judge D'Agostino:

I am writing this letter on behalf of my husband Archie Rafter.

I have known Archie since 1979, we have been married since 1988. We pretty much grew up together, dated and then married.

Archie has always been hard working, reliable and energetic. Extremely positive and willing to lend a hand. Traits that I admire especially after taking into consideration his early childhood.

Archie grew up very poor, his mom and sister passed away when he was still in elementary school. His whole family was torn apart overnight and adopted into new homes and families. He was the only one to never be adopted which therefore meant he was the only child to carry on the family name. This I know, he was very proud of.

His main goals in life is to

HAVE A LOVING HOME AND FAMILY. A STABLE LIFE AND JOB AND TO ALWAYS HELP IF EVER GIVEN THE CHANCE. HE STRIVED TO ALWAYS BE HAPPY AND TO PROVIDE HIS FAMILY WITH A BETTER LIFE THAN THE ONE HE HIMSELF WAS SUBJECTED TO.

THE PAST TWO YEARS HAVE BEEN AN EYE OPENING, HEART WRENCHING EXPERIENCE. I SHATTERED MY ANKLE, TWO SURGERIES TO FIX IT, LOST MY BROTHER TO PANCREATIC CANCER, MY HUSBAND HAD A WORK ACCIDENT WHICH RESULTED IN AN AMPUTATION, HE THEN IS INCARCERATED, OUR DOG DIES UNEXPECTANTLY, MY MOTHER PASSES AWAY ON CHRISTMAS DAY, MY BROTHER-IN-LAW HAS HAD THREE STROKES, PLUS OUR OTHER DOG TAKES OFF, NEVER TO BE SEEN AGAIN. I BELIEVE I HAVE ENOUGH MATERIAL TO WRITE A COUNTRY SONG. HOWEVER FOR ALL THE NEGATIVES THERE ARE SOME POSITIVES. MY LOVE FOR ARCHIE IS STRONGER THAN EVER, OUR HEALTH IS GOOD, WHICH I AM GRATEFUL FOR, I AM WORKING TO SUPPORT MYSELF AND TO MAINTAIN MY SANITY. DO I NEED MY HUSBAND HERE AT HOME BY MY SIDE, YES I DO. HE IS TRULY MISSED AND I BELIEVE THAT THIS NIGHTMARE HAS PROVEN TO US ALL THAT FAMILY IS TRULY THE MOST IMPORTANT ASPECT IN LIFE.

THE CRIME THAT HAS CAUSED SUCH PAIN WAS NEVER DONE IN GREED. IT WAS

done in desperation and perhaps exasperation. I believe Archie had reached a point where his need to provide a better quality of life for us, was out of his reach, and he made the wrong decision, the easy way to make it all happen. I believe he is remorseful and not because he was apprehended, but because of the fact that our lives have changed dramatically and our future is full of the unknown. — Regardless, we love, admire and will continue to support him, for we need him as much as he needs us.

Respectfully

*Kelly Johnson Rafter*

KELLY JOHNSON RAFTER

Hon. Mae D`Agostino  
US. District Court  
James T. Foley Courthouse  
445 Broadway  
Albany, NY 12207  

Feb. 01, 2016  
Mario Coté  
███████  
J0S1M0  
███████7  



    I was asked to write this letter to give you my perspective on my friend, Archie. We first met some twenty years ago while he was working for a local grain company. He would be bringing in the equipment for repairs at our welding shop. So he started out as a customer and then became a friend. Always happy and willing to lend a hand, someone who I enjoyed spending an afternoon with or just dropping in to touch base with. Archie never was fake, very blunt and pretty much had something to say about everything but in a completely likeable way. I don`t think I have ever seen him in a bad mood, nor ever at a loss for words, very quick witted and funny. A great sense of humour. He worked hard and lived for his wife and three daughters. He was very proud of his grandson --- a family man. I truly believe that Archie is one of a kind in many different ways, a simple but yet at the same time complex man. I know that he will get through this and hopefully it will be soon enough for his sake. As a friend I support, respect and miss him.

                                                                     Thank you, Mario Coté

*[signature: Mario Coté]*

July 8, 2015.

Huntingdon, Quebec, Canada

To whom it may concern;

Archie Rafter worked for me on and off for over 20 years. The situation that he has recently found himself in took me by surprise.

Archie always was a hard worker. He was always willing to work and would go above and beyond, and he was honest which isn't always easy to come by. He loved his family and made sure to take care of them.

We all live in a small community, and I have heard the rumors about his childhood. Some people would openly use a past like that as an excuse to fail, but he did not. It would be easy to milk a situation like that. Unless you were from here and had heard about it, you would not know. He did not broadcast or advertise his past. He overcame it.

I will not make excuses for his actions; I do not think that is what he would want. He is a good person, not just a good employee.

I look forward to the day when I will see him again, and I hope that it will be sooner rather than later.

Sincerely,

John Suto

Feb. 01. 2016.

Hon Mae D'Agostino
U.S. District Court.
James T. Foley Courthouse
445 Broadway
Albany NY. 12207.

Carolene Johnson-Hull
[redacted]
Fraser Centre, Quebec
Jos. IEO. [redacted]

Dear Judge D'Agostino.

I am writing this letter on behalf of my brother-in-law Archie Rafter. I've known Archie for more than thirty years and can honestly say he is an honourable man, hard working, a good provider, a helpful neighbour with very strong work ethnics. A man who achieved success at different professions because of these work ethnics. As a young boy he had a less than ideal childhood and I believe because of this he tried desperately to compensate, always trying to give more to his immediate family.

Archie has a great love for animals and all nature. He loved working his land and maintaining his home.

As I stated previously he is a good man who used poor judgement, making a terrible mistake.

We miss Archie, and look forward to being reunited.

Thank you for your time.

Sincerely,
CAROLINE JOHNSON-HULL
Carolene Johnson-Hull

2016-01-10

Hon Mae D'Agostino
U.S. District Court
James T. Foley Courthouse
445 Broadway
Albany NY. 12207

Holly Gunn
████████
Huntingdon, Qc.
J0S 1H0

Dear Judge D'Agostino

I am writing this letter on behalf of Archie Rafter who is my husbands uncle. I have known Archie for ten years. I consider him to be a good friend.

Archie has been a hard working person all of his life. For many years Archie worked as a commercial driver for numerous trucking companies. At one point he became his own owner driver. After spending countless hours and time spent away from home he decided to start his own excavation business.

Through the years he and his wife raised and supported their three daughters and now is very involved with his young grandson. He also took in and cared for his brother-in-law who had been diagnosed with schizophrenia, they did so for over five years until he passed away from cancer.

To many Archie is a man of pride and kindness, more than generous in making time to help them when in need. He has supported us through more than one difficult period. Always a true friend.

Respectfully yours
Holly Gunn

01-25-2016

Honorable Mae D'Agostino
U.S. District Court
James T. Foley Courthouse
445 Broadway
Albany, New York

Dear Judge D'Agostino,

I am writing to you in regards to my father, Archie Rafter. As of today, it has been exactly 27 months since my father has been home. We miss him terribly.

I have learned many things from my father, but I think that the lesson that I hold in the highest regard is the work ethic that I gained directly from him. I cannot recall a time that my Dad was too sick to work, or too tired. He was always an excellent provider to all of us.

My earliest memory with my father is when I was approximately 3 years old — actually, I think it is my earliest memory overall. I remember him walking through the door with a big box. I asked him what was in it and he said it was toys. Well, my 3 year old little heart was broken when I opened that box and out jumped the scruffiest little black puppy. I was disappointed, I really wanted the toys.

I didn't understand the value of a puppy, but my father did. He has always had a large heart for animals and taught my sisters and I to treat them with love and respect. That puppy stayed with us for it's entire life, we named him Bear, and he was a part of the family.

I am sure that other letters will touch on the fact that my father had a tough life, normally, I don't bring it up, because it is not something that he himself likes to discuss. His mother passed away at a tender age for him, he was only 9 years old. His father, who thankfully for us is nothing like my father, abandonned his 9 children. My father then watched as his brothers and sisters were adopted into loving homes while he went from foster home to foster home, never anything permanent, never any real sense of family. He grew up very poor, not only in terms of money, but also in terms of all the things that money can't buy as well.

Today, I am a 26 year old mother of a beautiful little boy that loves and misses his Papa dearly. I can't, and don't justify my father's actions, he has made mistakes, and if roles were reversed, and I were in his position, he would tell me to own up to it, and take responsibility for my actions. I know

that he only wanted to provide his family with a life far from the one that he endured as a child. As a parent, I can completely understand that guttural need. As a human being, and likely a mother yourself, I ask that you please take into consideration my four year old son, Kael who would love nothing more than to go for another tractor ride with his Papa.

Respectfully,

Renay Rafter.

&

████ f████, age 4.
████████████████
Ste. Agnes De Dundee
QC. J0S 1L0
████████████████

Jan. 31. 2016

Hon. Mae D'Agostino
US District Court
James T. Foley Courthouse
445 Broadway
Albany NY 12207

Dear Judge D'Agostino
I am writing to you on behalf of my father Archie Rafter. I am Kelsey Rafter, his youngest daughter.

My father is not only considered a humble, and considerate man by me but by most of the people he came in contact with over the years. Many of his friends note his devotion to his family and his hardworking approach to life.

There is much to be said about my father, about his childhood and the life he created that I could write a novel. But no words could describe my fathers love and dedication to his family.

The past 2 years have been very hard on myself due to the circumstances. I barely get to see or hear my father and I

Can honestly tell you this with a heavy heart, it's the little things in life that matter most. All of the memories that I have of my father have all been positive and they make me smile when I think of them because I know we will have more time in the future to make even better memories.

The fact that I do not know when my father is coming home has set some hurdles in my own life. I dropped out of college, to soon after go back to school for Home Health care to keep myself busy. Now I work at my old elementary school with children, a career choice I slowly realized I was meant for. My father has always been the one to push me towards my goals and dreams. Without him here I sometimes find it hard to decide which path to choose because overall I just want to make him proud.

My father never had any selfish motivation for his actions, but he would rather have his family succeed than fail. After living the life he had and hearing his story

I have come to realize that his family means the world to him and that all he ever wanted was for us to be given a better life then he had.

Thank you for your time,

*Kelsey Rafter*

Kelsey Rafter

▓▓▓▓▓▓▓▓▓▓▓▓▓
Elgin, Qc
Jos 2E0
▓▓▓▓▓  ▓▓▓▓

February 1, 2016

Hon. Mae D`Agastino  
US District Court  
James T. Foley Courthouse  
445 Broadway  
Albany Ny 12207

Jonathan Forrester

Elgin, Qc  
J0S 2E0

Dear Madam,

Archie Rafter has been my father in law for 8 years now and it is hard for me to call him that because I feel as though we are more friends than anything. Archie is 52, but we get along really well because he is still so young at heart.

Archie has always been there for Tracy and I, when we moved, he helped, when we needed to borrow his truck, there was no problem. Archie is a very generous man to the people who are important to him. He is a hard man to please but to the people that treat him with respect and honesty, he is a man that is loyal to the end. He doesn't have many friends, but the ones he does, reflect him; Fun, loud and loyal.

Archie provided a life for his family that he never had. He would take his family on trips whether it was to Disney land or just to a restaurant. He is a family man that always put the best interest of his daughters and wife before his own.

I miss my friend and I think of him every day. I am anxious for the day that he comes home and I am mostly looking forward for the missing puzzle piece to complete its puzzle. This family is not the same without him; it's like having a heavy feeling in your stomach all day every day. He is loved and missed and we want him to come home sooner than later.

Thank You,

*Jonathan Forrester*

Jan: 7: 16

Hon Mae D'Agostino
US District Court James T Foley Courthouse
445 Broadway Albany. NY 12207.

Dear Judge D'Agostino.

I am writing this letter on Behalf of my uncle and Friend Archie Rafter. Archie has been there for many parts of my life growing up. Since archie and Kelly have been married for 27 years. When I was a young Boy I Remember archie always working very hard. First on Dairy Farms doing whatever it took to milk cows and chores. Then he bought his first truck and running their company for years doing many long days and nights to various places all over the United States and Canada working through the tough times and good times, Related to Driving trucks. Always having a good attitude About his work and his growing family.

Sincerely
Christopher Hull
████████████████
Quebec J0S 1H0
████████████████